```
FILED
February 3, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHRISTOPHER TABOR, )<br>)<br>Defendant. ) | Case No. 2:11-MJ-00030-GGH-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTOPHER TABOR , Case No.  2:11-MJ-00030-GGH-2 , Charge  21 U.S.C. §§ 846 and 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $___

✓   Unsecured Appearance Bond  $75,000

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

✓   (Other)        Special conditions of release as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  February 3, 2011  at  2:00 pm .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge