DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER TABOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-077-WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| CHRISTOPHER TABOR, ) | |
| ) | Date: April 23, 2012 |
| Defendant. ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and attorney MATTHEW SCOBLE, Counsel for CHRISTOPHER TABOR that the status conference hearing date of March 19, 2012 be vacated, and the matter be set for status conference on April 23, 2012 at 9:30 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 23, 2012 pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.
3
4  DATED:   March 16, 2012.                     Respectfully submitted,
5                                               DANIEL J. BRODERICK
                                                 Federal Public Defender
6
7
                                                 /s/ Matthew M. Scoble
8                                                MATTHEW M. SCOBLE
                                                 Assistant Federal Defender
9                                                Attorney for CHRISTOPHER TABOR
10
11 DATED:   March 16, 2012.                     BENJAMIN WAGNER
                                                 United States Attorney
12
13
                                                 /s/ Matthew Scoble for
14                                               JASON HITT
                                                 Assistant U.S. Attorney
15                                               Attorney for Plaintiff
16
17
18                                    ORDER
19     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
20 ordered that the March 19, 2012, status conference hearing be continued
21 to April 23, 2012 at 9:30 a.m.  Based on the representation of defense
22 counsel and good cause appearing there from, the Court hereby finds
23 that the failure to grant a continuance in this case would deny defense
24 counsel reasonable time necessary for effective preparation, taking
25 into account the exercise of due diligence.  The Court finds that the
26 ends of justice to be served by granting a continuance outweigh the
27 best interests of the public and the defendants in a speedy trial.  It
28 is ordered that time up to and including the April 23, 2012 status

2

conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   March 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE